Mandi J. Karvis/Bar No. 021858
**WICKER SMITH O'HARA MCCOY & FORD, P.A.**
One N. Central Ave., Suite 885
Phoenix, AZ  85004

Mandi J. Karvis
 Direct Phone: (602) 648-2241
 Fax: (602) 812-4986
 Email:  MKarvis@wickersmith.com

*Attorneys for Defendant Arizona CVS Stores, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bridget A. Fuqua, an unmarried woman,<br><br>Plaintiff,<br><br>vs.<br><br>Arizona CVS Stores, L.L.C., an Arizona limited liability company; Does II - V,<br><br>Defendants. | Case No.:<br><br>**DEFENDANT ARIZONA CVS STORES, L.L.C.'S NOTICE OF REMOVAL OF CIVIL ACTION** |

**PLEASE TAKE NOTICE** that Defendant Arizona CVS Health Stores, L.L.C. (hereinafter "Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and LRCiv 3.6, hereby submits this Notice of Removal of the above-entitled action, Case Number CV2022-003210, from the Superior Court of Arizona, In and For the County of Maricopa, to the United States District Court for the District of Arizona.  In support of the removal, Defendant asserts the following:

1. On May 23, 2022, Plaintiff Bridget A. Fuqua ("Plaintiff") filed her First Amended Complaint in the Superior Court of the State of Arizona, In and For the County of Maricopa, entitled *Bridget A. Fuqua v. Arizona CVS Stores, L.L.C., et al.*, Case Number CV2022-003210 (the "State Court Action").

2. Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6(b), a true and correct copy of the

(105313-17)

State Court's docket, including all pleadings and other documents that were previously filed in the State Court Action, are filed with this Notice of Removal as the following exhibits:

    1) Supplemental Civil Cover Sheet;

    2) Most recent State Court Docket;

    3) Operative Complaint [First Amended Complaint];

    4) Service documents;

    5) Remainder of State Court Record; and

    6) Verification that true and complete copies of all pleadings and other documents filed in the state court proceeding have been filed.

The remaining required attachments under LRCiv 3.6(b) are not attached because they do not exist as of the date of this filing.

3. Plaintiff is a resident of Arizona and Defendant's sole member is CVS RS Arizona, L.L.C., whose sole member is CVS Pharmacy, Inc., a corporation incorporated in Rhode Island, with its principal place of business located in same. Thus, Defendant's sole member is a citizen of Rhode Island, making Defendant a citizen of Rhode Island.[1]

4. Because the Parties are citizens of different States and the amount of controversy is a money judgment where the State does not permit demand for a specific sum, the United States District Court has removal jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446.

5. Defendant, in the State Court Action, accepted service of the First Amended Complaint, on May 31, 2022.

6. Only defendants who have been properly joined and served at the time this Notice is filed must join in or consent to removal of the State Court Action under 28 U.S.C. § 1446(b)(2)(A).

7. Defendant consents to removal of the State Court Action.

---

[1] An LLC possesses the citizenship of all its members. *Americold Realty Tr. v. Conagra Foods, Inc.*, 577 U.S. 378, 136 S. Ct. 1012, 1014, 194 L. Ed. 2d 71 (2016). "A corporation is a citizen only of (1) the state where its principal place of business is located, and (2) the state in which it is incorporated." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

8. There are no other named defendant parties and no other party is required to consent to the removal of the State Court Action.

9. This Notice of Removal is timely filed with this Court under 28 U.S.C. § 1446(b), because Defendant has removed this action within 30 days after receipt of a copy of the operative First Amended Complaint.

10. Defendant makes this appearance for purposes of removal only and reserves the right to move for dismissal for lack of personal jurisdiction.

11. This Notice of Removal is filed subject to a full reservation of rights, including all objections, arguments and defenses to Plaintiff's First Amended Complaint.

12. In accordance with 28 U.S.C. § 1446(d) and LRCiv 3.6, Defendant will promptly give the adverse Party written notice of the filing of this Notice of Removal.  Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, In and For the County of Maricopa, where the action is pending, also pursuant to 28 U.S.C. § 1446(d).

13. This Notice of Removal is signed and verified by undersigned counsel pursuant to Fed. R. Civ. P. 11, 28 U.S.C. § 1446(a), and in accordance with LRCiv 3.6.

WHEREFORE, Defendant Arizona CVS Stores, L.L.C., pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446 and LRCiv 3.6, request that the case styled *Bridget A. Fuqua v. Arizona CVS Health Stores, L.L.C., et al.*, Case Number CV2022-003210, be removed from the Superior Court of the State of Arizona, In and For the County of Maricopa, to this Court.

RESPECTFULLY SUBMITTED this 15th day of June, 2022.

WICKER SMITH O'HARA McCOY & FORD, P.A.

By: *s/Mandi J. Karvis*
Mandi J. Karvis
One N. Central Avenue, Suite 885
Phoenix, AZ  85004
*Attorneys for Defendant Arizona CVS Stores*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to all CM/ECF registrants.

Mack T. Jones, Esquire
**JONES | RACZKOWSKI | THOMAS PC**
2141 E. Camelback Rd., Suite 100
Phoenix, AZ  85016-4723
mjones@azpremiseslaw.com
*Attorneys for Plaintiff*

*s/ Jonna Freeman*