# Exhibit 2



Powered by Google **Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2022-003210 | Judge: | Smith, James |
| File Date: | 3/14/2022 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Bridget A Fuqua | Plaintiff | Female | Mack Jones |
| C V S Health Solutions L L C | Defendant | | Pro Per |
| C V S Pharmacy Inc | Defendant | | Pro Per |
| Arizona C V S Stores L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/1/2022 | ACS - Acceptance Of Service | 6/2/2022 | |
| **NOTE:** Acceptance of Service | | | |
| 5/23/2022 | AMC - Amended Complaint | 5/23/2022 | |
| **NOTE:** First Amended Complaint | | | |
| 4/20/2022 | AFS - Affidavit Of Service | 4/23/2022 | |
| **NOTE:** ARIZONA CVS STORES LLC | | | |
| 3/29/2022 | AFS - Affidavit Of Service | 4/6/2022 | |
| **NOTE:** CVS PHARMACY INC | | | |
| 3/29/2022 | AFS - Affidavit Of Service | 4/13/2022 | |
| **NOTE:** CVS HEALTH SOLUTIONS LLC | | | |
| 3/14/2022 | COM - Complaint | 3/15/2022 | |
| **NOTE:** Complaint | | | |
| 3/14/2022 | CSH - Coversheet | 3/15/2022 | |
| **NOTE:** Civil Cover Sheet | | | |
| 3/14/2022 | CCN - Cert Arbitration - Not Subject | 3/15/2022 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 3/14/2022 | SUM - Summons | 3/15/2022 | |
| **NOTE:** Summons | | | |
| 3/14/2022 | SUM - Summons | 3/15/2022 | |
| **NOTE:** Summons | | | |
| 3/14/2022 | SUM - Summons | 3/15/2022 | |
| **NOTE:** Summons | | | |

**Case Calendar**
**There are no calendar events on file**


**Judgments**
**There are no judgments on file**