# Exhibit 3

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
M. De La Cruz, Deputy
5/23/2022 1:12:24 PM
Filing ID 14344784

Mack T. Jones (006369)
**JONES | RACZKOWSKI | THOMAS PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602-840-8787) (602-840-0425 fax)
mjones@azpremiseslaw.com

Attorneys for Plaintiff

**SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY**

| | |
|---|---|
| Bridget A. Fuqua, an unmarried woman;<br><br>Plaintiff;<br>v.<br><br>Arizona CVS Stores, L.L.C., an Arizona limited liability company; Does II - V;<br><br>Defendants. | NO. CV2022-003210<br><br>**FIRST AMENDED COMPLAINT**<br><br>Tier 2 |

Plaintiff Bridget A. Fuqua alleges:

1. Plaintiff Bridget A. Fuqua is an unmarried woman residing in Maricopa County, Arizona.

2. Defendant Arizona CVS Stores, L.L.C. (denominated in the original Complaint as Doe I and served with a summons) is an Arizona limited liability company that caused an event to occur in Maricopa County, Arizona and is doing business in Maricopa County, Arizona.

3. Defendant Doe II is a corporation, partnership, other entity or individual other than Defendant Arizona CVS Stores, L.L.C. who owned, possessed, operated or managed the retail premises commonly known as CVS

Health Corp. #9245 located at 12409 North Tatum Boulevard, Phoenix, Arizona on March 15, 2020.

4. Does III - V are corporations, partnerships, other entities or individuals other than Defendants Arizona CVS Stores, L.L.C., and Doe II who provided automatic door repair and maintenance services at the retail premises commonly known as CVS Health Corp. #9245 located at 12409 North Tatum Boulevard, Phoenix, Arizona on or before March 15, 2020.

5. The actions, omissions and conduct giving rise to this cause of action occurred in Maricopa County, Arizona, and this Court has subject matter and personal jurisdiction. Venue is appropriate in Maricopa County pursuant to A.R.S. §12-401.

6. As the owners, possessors, operators and/or managers of the retail premises commonly known as CVS Health Corp. #9245 located at 12409 North Tatum Boulevard in Phoenix, Arizona on March 15, 2020, Defendants Arizona CVS Stores, L.L.C. and Doe II had the duty to maintain the premises in reasonably safe condition, including the automatic doors, and any delegation of that duty to Defendant Does III - V does not relieve Defendants Arizona CVS Stores, L.L.C. and/or Doe II from the affirmative duty to maintain the retail premises in a reasonably safe condition.

7. Prior to and on March 15, 2020, Plaintiff Fuqua ambulated slowly because of a prior right ankle injury leaving her with a trailing foot, and therefore, Plaintiff was a protected person under the Americans with Disabilities Act, which defines a disabled person as one who has a physical or mental impairment that substantially limits one or more major life activities.

8. On March 15, 2020, at the retail premises commonly known as CVS Health Corp. #9245 located at 12409 North Tatum Boulevard, Phoenix,

| | |
|---|---|
| 1 | Arizona, Plaintiff was injured as a direct and proximate result of an |
| 2 | unreasonably dangerous condition, specifically an automatic door that closed |
| 3 | suddenly and unexpectedly with the door sensors failing to recognize that |
| 4 | Plaintiff was still exiting the premises when the door closed resulting in Plaintiff |
| 5 | being knocked to the ground, as to which Defendants Arizona CVS Stores, |
| 6 | L.L.C. and Does II - V created, had actual or constructive notice, or were |
| 7 | otherwise negligent. |

9. Defendants Arizona CVS Stores, L.L.C. and/or Does II - V negligently created the dangerous condition and negligently failed to take precautions so as to protect Plaintiff from injury.

10. The doctrine of res ipsa loquitur may be applicable to the incident causing injury to Plaintiff. Specifically, the sudden, unexpected closing of an automatic door and the failure of the door sensors to recognize the presence of a person in the threshold does not occur ordinarily in the absence of negligence, the incident was caused by an instrumentality within the exclusive control of Defendants Arizona CVS Stores, L.L.C. and/or Does II - V, the incident was not due to any voluntary conduct on the part of Plaintiff, and Plaintiff may not be in a position to show the particular circumstances causing the instrumentality to operate to Plaintiff's injury.

11. On March 15, 2020, at the premises commonly known as CVS Health Corp. #9245 located at 12409 North Tatum Blvd., in Phoenix, Arizona, the automatic doors suddenly and unexpectedly closed on Plaintiff as she was exiting the premises, causing Plaintiff to fall to the ground sustaining injuries including fractures of the right calcaneus, tibia and malleolus.

12. As a result of Defendants' negligence, Plaintiff has incurred health care expenses for treatment of the injuries caused by Defendants' negligence, and Plaintiff may continue to incur such expenses.

13. Plaintiff has experienced pain, discomfort, suffering, annoyance, mental and emotional distress, loss of enjoyment of life, and other types of general damage because of the injuries caused by Defendants' negligence, and Plaintiff may continue to experience such general damages in the future; the exact amount of Plaintiff's general damages is undetermined, but in excess of the jurisdictional minimum of this Court.

14. Plaintiff further alleges her total claimed damages qualify this matter as a Tier 2 case pursuant to Rule 8(b)(2) and Rule 26.2 ( c) of the Arizona Rules of Civil Procedure.

WHEREFORE, Plaintiff requests judgment against Defendants for reasonable compensatory damages in excess of this Court's jurisdictional minimum, taxable costs, and all other appropriate relief.

DATED this  23rd  day of May, 2022.

JONES | RACZKOWSKI | THOMAS PC

/s/ Mack T. Jones

By Mack T. Jones
Attorneys for Plaintiff

| | |
|---|---|
| 1 | Emailed this 23rd day |
| 2 | of May, 2022, to: |
| 3 | Mandi J. Karvis |
| 4 | Isaiah X. Herrera |
|   | **WICKER SMITH O'HARA MCCOY & FORD PA** |
| 5 | One North Central, Suite 885 |
| 6 | Phoenix, Arizona 85004 |
|   | Attorneys for Arizona CVS Stores, L.L.C. |
| 7 | lherrera@wickersmith.com |
|   | Mkarvis@wickersmith.com |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |