# Exhibit 4

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
C. Diaz, Deputy
6/1/2022 9:56:17 AM
Filing ID 14376438

Mack T. Jones (006369)
**JONES | RACZKOWSKI | THOMAS PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602-840-8787) (602-840-0425 fax)
mjones@azpremiseslaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| Bridget A. Fuqua, an unmarried woman;<br><br>    Plaintiff;<br>v.<br><br>Arizona CVS Stores, L.L.C., an Arizona limited liability company; Does II - V;<br><br>    Defendants. | NO. CV2022-003210<br><br>**ACCEPTANCE OF SERVICE** |

Defendant Arizona CVS Stores, L.L.C. by and through its undersigned attorneys, Mandi J. Karvis and Isaiah X. Herrera who are authorized to accept service of the First Amended Complaint in Maricopa County Cause No. CV2022-003210 entitled *Fuqua v. Arizona CVS Stores, L.L.C.*, hereby accepts service of the First Amended Complaint as of the date set forth below pursuant to Rule 4(f)(2), Rules of Civil Procedure.

DATED this 31st day of May, 2022.

WICKER SMITH O'HARA MCCOY & FORD PA

By Mandi J. Karvis
Isaiah X. Herrera
Attorneys for Defendant

| | |
|---|---|
| 1 | Emailed this <u>1st</u> day of ~~May~~, 2022, to: |
| 2 | June |
| 3 | Mack T. Jones |
| 4 | JONES\|RACZKOWSKI\|THOMAS PC<br>2141 East Camelback Road, Suite 100 |
| 5 | Phoenix, Arizona 85014 |
| 6 | <u>mjones@azpremiseslaw.com</u><br>Attorneys for Plaintiff |
| 7 | |
| 8 | By: <u>/s/Laura L. Schilling</u> |